IN THE UNITED STATES DISTRICT COURT
FOR THE WESTER DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| RICHARD VILLA, §<br>    *Plaintiff*, §<br> §<br>v. § No. 7:17-CV-00070<br> §<br>ALLEN P. HODGE and JAY BARTLEY §<br>OIL FIELD SERVICES, LLC, §<br>    *Defendants*. § | |

## NOTICE OF REMOVAL

COMES NOW ALLEN P. HODGE and JAY BARTLEY OIL FIELD SERVICES, LLC, Defendants in the above entitled and numbered cause, hereinafter referred to as Defendants, and hereby gives notice to Plaintiff of the removal of this cause of action, and would show as follows:

1. On the 8th day of September, 2016, Plaintiff filed a lawsuit against Defendants, ALLEN P. HODGE and JAY BARTLEY OIL FIELD SERVICES, LLC, in the 238th District Court of Midland County, Texas. Service of Process and citation were requested upon the Defendants and served on Defendant ALLEN P. HODGE on March 22, 2017. A copy of Plaintiff's Original Petition is contained in the Index of State Court Pleadings attached hereto. Plaintiff filed his Original Petition on September 8, 2016. As Defendant ALLEN P. HODGE was served on March 22, 2017, the present notice of removal is timely pursuant to 28 U.S.C.A. § 1446 (West).

2. The above described action is one in which this Court has original jurisdiction under the provisions of Title 28, United States Code, Sections 1332, 1441, and 1446, and is one

which may be removed to this Court by the Defendants pursuant to said provisions in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs (Plaintiff's Original Petition seeks damages in an amount over $200,000.00 but no more than $1,000,000.00).

3. The Plaintiff, at the time this action was commenced, was and is still a citizen of the State of Texas. The Defendant, ALLEN P. HODGE, at the time this action was commenced, was and is still a citizen of the State of Arkansas. The Defendant, JAY BARTLEY OIL FIELD SERVICES, LLC, at the time this action was commenced, was a limited liability company organized under the laws of the State of Arkansas, and had its principal place of business in Mount Vernon, Arkansas.

4. Defendants promptly after the filing of this Notice of Removal gave proper notice of such filing to the Plaintiff and the District Clerk of Midland County, Texas, as evidenced by the proof of service of the same attached hereto.

WHEREFORE, Defendants pray that Cause No. CV52659 in the 238th District Court of Midland County, Texas, be removed to this Court and that the Court enter an order of removal accordingly.

DATED this 10th day of April, 2017.

Respectfully submitted,

CRAIG, TERRILL, HALE & GRANTHAM, L.L.P.
First Bank Centre
9816 Slide Road, Suite 201
Lubbock, Texas 79424
(806) 744-3232
(806) 744-2211 (fax)
budg@cthglawfirm.com

_____
Leonard R. (Bud) Grossman, SBN 00784182
ATTORNEYS FOR DEFENDANTS,
ALLEN P. HODGE and JAY BARTLEY
OIL FIELD SERVICES, LLC

THE STATE OF TEXAS

COUNTY OF LUBBOCK

    Leonard R. (Bud) Grossman, being duly sworn, upon oath deposes and says that he is the attorney for the Defendants; that he has read the foregoing Notice of Removal, and that it is true and correct to the best of his knowledge.

_____
Leonard R. (Bud) Grossman

    SUBSCRIBED AND SWORN TO BEFORE ME by Leonard R. (Bud) Grossman, on this the 10th day of April, 2017.

_____
Notary Public, State of Texas

AIMEE HENSLEY
Notary Public, State of Texas
Notary ID# 12518037-4
My Commission Expires 02-04-2021

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was sent by E-filing and facsimile, to the following persons on this the 10th day of April, 2017:

              *Of the Firm*

Ross Bush
Midland County District Clerk
500 N. Loraine St.
Suite Number 300
Midland, Texas 79701
(432) 688-4500
(432) 688-4934 (fax)
Ross_Bush@co.midland.tx.us

Israel L. Medina
THE MEDINA LAW FIRM, P.C.
319 N. Grant Avenue
Odessa, Texas 79761
(432) 698-3400
(432) 698-3402 (fax)
israelm@themedinalawfirm.com