IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| RICHARD VILLA,    §<br>    *Plaintiff*,    §<br>    §<br>v.    §<br>    §<br>ALLEN P. HODGE and JAY BARTLEY    §<br>OIL FIELD SERVICES, LLC,    §<br>    *Defendants*.    § | No. MO:17-CV-00070-RAJ |

## FINAL JUDGMENT

On this day, the Court granted Defendants Allen P. Hodge ("Hodge") and Jay Bartley Oil Field Services, LLC's ("Jay") Motion for Summary Judgment finding that Plaintiff failed to exercise due diligence in serving Defendants, and therefore, Plaintiff's personally injury claims are barred by the applicable two-year statute of limitations under Texas law. (Doc. 8). The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Defendants' Motion for Summary Judgment is hereby **GRANTED** and Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**, with the Parties to bear their own costs.

It is further **ORDERED** that all pending motions are **DENIED** as moot.

If is finally **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 2nd day of January, 2018.

*/s/ Robert Junell*
ROBERT JUNELL
SENIOR U.S. DISTRICT JUDGE

1